# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | |
|---|---|
| UNISOURCE WORLDWIDE, INC., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 5-10-CV-23 |
| DALE LATIMER and EMPIRE PAPER COMPANY, | ) |
| Defendants. | ) |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Unisource Worldwide, Inc. ("Plaintiff" or "Unisource"), by and through its counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files this Corporate Disclosure Statement.

Plaintiff certifies that the following is a full and complete list of all parent corporations and any publicly traded corporation that owns 10% or more of the stock of Plaintiff:

1. Bain Capital LLC

2. Georgia Pacific LLC

Respectfully submitted,

UNISOURCE WORLDWIDE, INC.

By  s/ Fernando M. Bustos
    Texas Bar No. 24001819
    LAW OFFICES OF FERNANDO M. BUSTOS, P.C.
    1001 Main Street, Suite 501
    Lubbock, TX 79401
    Telephone 806-780-3976
    Facsimile 806-780-3800
    fbustos@bustoslawfirm.com

    David L. Countiss
    Texas Bar No. 24025311
    SEYFARTH SHAW LLP
    700 Louisiana
    Suite 3700
    Houston, Texas 77010
    Telephone 713-225-2300
    Facsimile 713-225-2340


    Of Counsel:

    Robert C. Stevens
    Georgia Bar No. 680142
    bstevens@seyfarth.com
    *Motion for admission pro hac vice to be filed*
    Michael P. Elkon
    Georgia Bar No. 243355
    melkon@seyfarth.com
    *Motion for admission pro hac vice to be filed*

    SEYFARTH SHAW LLP
    1545 Peachtree Street, N.E.
    Suite 700
    Atlanta, Georgia 30309
    Telephone: 404-885-1500
    Facsimile: 404-892-7056

Date:  February 10, 2010